UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **JOSEPH ROBERTS**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**ICOT HEARING SYSTEMS, LLC d/b/a LISTENCLEAR**, a Georgia limited liability company, and **ICOT HOLDINGS, LLC**, a Georgia limited liability company,<br><br>*Defendants*. | Case No. 2: 19-cv-00068-RWS |

## NOTICE OF SETTLEMENT

Plaintiff Joseph Roberts ("Plaintiff" or "Roberts") hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. On April 3, 2019, Plaintiff filed the instant case alleging violations of the Telephone Consumer Protection Act, 42 U.S.C. § 227 *et seq.* ("TCPA"). (*See* Dkt. 1.)

2. Plaintiff and Defendants have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. The claims of any putative, unidentified class members will be dismissed without prejudice while Plaintiff's claims will be dismissed with prejudice.

3. The Parties are presently working to finalize a settlement agreement and believe a Notice of Dismissal will be filed within thirty (30) days.

1

                              Respectfully Submitted,

                              **JOSEPH ROBERTS**, individually and on behalf of Classes of similarly situated individuals

Dated: May 30, 2019            By: ___/s/ <u>Patrick H. Peluso</u>
                                                    One of Plaintiff's Attorneys

                              Jennifer Auer Jordan
                              jordan@ssjwlaw.com
                              Georgia Bar Number: 027857
                              Shamp Speed Jordan Woodward LLC
                              1718 Peachtree Street NW, Suite 660
                              Atlanta, Georgia 30309

                              Steven L. Woodrow*
                              swoodrow@woodrowpeluso.com
                              Patrick H. Peluso*
                              ppeluso@woodrowpeluso.com
                              Woodrow & Peluso, LLC
                              3900 E. Mexico Avenue, Suite 300
                              Denver, Colorado 80210
                              Tel: 720-213-0675
                              Fax: 303-927-0809
                              *Attorneys for Plaintiff and the Classes*

                              *\* Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2019, I served the above and foregoing papers by causing a true and accurate copy of such paper to be filed with the Clerk of the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

    /s/   Patrick H. Peluso