## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **JOSEPH ROBERTS**, individually and on behalf of all others similarly situated, | Case No. 2: 19-cv-00068-RWS |
| *Plaintiff,* | |
| *v.* | |
| **ICOT HEARING SYSTEMS, LLC d/b/a LISTENCLEAR**, a Georgia limited liability company, and **ICOT HOLDINGS, LLC**, a Georgia limited liability company, | |
| *Defendants.* | |

## STIPULATION OF DISMISSAL

Plaintiff Joseph Roberts ("Plaintiff" or "Roberts") and Defendants Jeff ICOT Hearing Systems, LLC and ICOT Holdings, LLC (collectively "Defendants") through their counsel, stipulate as follows:

1.     Roberts filed this putative class action against Defendants.

2.     Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time.  Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter.  Likewise, the case does not involve any Receiver so as to implicate Rule 66.

3.      Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants agree that the action shall be dismissed in its entirety and with prejudice with respect to the individual claims alleged by Plaintiff against Defendants.  The claims of members of the alleged class, if any, are dismissed without prejudice.

4.      Plaintiff and Defendants further agree that each party is to bear his or its own attorney's fees and costs.

Respectfully Submitted,

**JOSEPH ROBERTS**, individually and on behalf of Classes of similarly situated individuals

Dated: July 24, 2019                    By: ___/s/ Patrick H. Peluso
                                        One of Plaintiff's Attorneys

Jennifer Auer Jordan
jordan@ssjwlaw.com
Georgia Bar Number: 027857
Shamp Speed Jordan Woodward LLC
1718 Peachtree Street NW, Suite 660
Atlanta, Georgia 30309

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, Colorado 80210
Tel: 720-213-0675

Fax: 303-927-0809
*Attorneys for Plaintiff and the Classes*

*\* Pro Hac Vice*

By: /s/ Helen Marie Mac Murray

Helen Marie Mac Murray
Mac Murray & Shuster, LLP
6525 West Campus Oval
Suite 210
New Albany, Ohio 43054
614-939-9955
hmacmurray@mslawgroup.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2019, I served the above and foregoing papers by causing a true and accurate copy of such paper to be filed with the Clerk of the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.


    /s/  Patrick H. Peluso